**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ALFREDO PORRAS,

       Plaintiff,

vs.                                            No. 10cv00565 CG/WPL

QWEST CORPORATION,

       Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER COMPLAINT**

THIS MATTER having come before the Court upon the Unopposed Motion of Defendant Qwest Corporation for an extension of time to answer Plaintiff's Complaint (Doc. 10), the Court having read the Unopposed Motion, reviewed the Court file, and being otherwise fully advised on the premises,

FINDS:

the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Qwest Corporation's answer to the Complaint is due on or before September 21, 2010.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED BY:**

BROWNSTEIN HYATT FARBER SCHRECK, LLP


By  /s/ Adam E. Lyons
    Eric R. Burris
    Adam E. Lyons
    201 Third Street NW, Suite 1700
    Albuquerque, NM  87102
    Telephone:  (505) 244-0770
    Facsimile:  (505) 244-9266
    *Attorneys for Defendant Qwest Corporation*


**APPROVED AS TO FORM:**

LAW OFFICE OF RALPH G. TORRES

By  /s/ Ralph G. Torres
    Ralph G. Torres
    1801 Broadway, Suite 1100
    Denver, CO  80202
    Telephone:  (303) 297-8427
    Facsimile:  (303) 292-2611
    *Attorneys for Plaintiff Alfredo Porras*